

```
FILED
CLERK, U.S. DISTRICT COURT

    JAN - 3 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Arturo Lizarraga-Garcia

        Defendant.

Case No.: 5:17mj2-DUTY

ORDER OF DETENTION
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a))

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __EASTERN__ District of __WASHINGTON__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- IMMIGRATION STATUS UNDOCUMENTED
- ASSOCIATED WITH NUMEROUS PERSONAL IDENTIFIERS

1

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/3/17

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge